UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DeVINCHE JAVON ALBRITTON,

    Petitioner,

Case No. 24-cv-11345
Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN, *et al.*

    Respondents.

_____/

## ORDER GRANTING PETITIONER ADDITIONAL TIME TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS

On May 21, 2024, Petitioner DeVinche Javon Albritton filed a petition for a writ of mandamus in this Court against Respondents the State of Michigan, the Michigan Secretary of State, the Michigan Board of Elections, and the Michigan Department of Corrections. (*See* Pet., ECF No. 1.) At the time he filed his petition, Albritton did not pay the required filing fee or file an application to proceed *in forma pauperis* in this action. Accordingly, on May 22, 2024, the Clerk of the Court issued a deficiency notice requiring Albritton to either pay the fee or file a completed application to proceed *in forma pauperis* by no later than June 5, 2025. (*See* Notice, ECF No. 3.)

It appears that Albritton never received the Court's deficiency notice. On June 4, 2024, the Virginia Department of Corrections, who currently maintains custody of Albritton, informed the Court that the address Albritton provided the Court for him to

1

receive correspondence was not correct. (*See* Ltr., ECF No. 5.) It further provided the Court the correct address. (*See id.*)

Thus, because Albritton never received the Court's May 22 deficiency notice, the Court will **EXTEND** the time for Albritton to either pay the required filing fee or file a completed application to proceed *in forma pauperis* in this action until **July 15, 2024**. If Albritton does not pay the fee or file a complete application to proceed *in forma pauperis* by that date, the Court will dismiss his petition without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 6, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126