UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DeVINCHE JAVON ALBRITTON,

     Petitioner,
                                     Case No. 24-cv-11345
                                     Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN*, et al.*

     Respondents.
_____/

## ORDER DISMISSING PETITION (ECF No. 1) WITHOUT PREJUDICE

On May 21, 2024, Plaintiff DeVinche Javon Albritton filed a petition for a writ of mandamus in this Court against Defendants the State of Michigan, the Michigan Secretary of State, the Michigan Board of Elections, and the Michigan Department of Corrections. (*See* Pet., ECF No. 1.)  The Court has granted Albritton *in forma pauperis* status (*see* Order, ECF No. 8), and, on July 16, 2024, the Court ordered Albritton, by no later than July 30, 2024, to "complete and present to the Clerk's Office" a copy of the Complaint for each Defendant, two service forms for each Defendant, and three summonses for each Defendant. (*See* Order, ECF No. 9.) The Court needed these documents so that the United States Marshal could serve Defendants with service of process in this case.

1

Albritton has not complied with the Court's July 16 order.  More specifically, Albritton has not presented the required documents to the Clerk's Office.  Nor has Albritton contacted the Court to ask for additional time to complete and present those documents.  This is not a mere technical violation of the rules.  Without these documents, the Court cannot serve the Defendants and proceed in this case.

Accordingly, because Albritton has failed to comply with the Court's July 16 order, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 14, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 14, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126