UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DeVINCHE JAVON ALBRITTON,

    Petitioner,                                        Case No. 24-cv-11345
                                                             Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN, *et al.*

    Respondents.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                                             KINIKIA ESSIX
                                                             CLERK OF COURT

                                    By:    s/Holly A. Ryan
                                                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  August 14, 2024
Detroit, Michigan

1